# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLISON SCHLOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-1880 |
| | ) | Judge Thomas M. Durkin |
| CITY OF CHICAGO, *et al.* | ) | Mag. Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| MAUREEN BRESNAHAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-1974 |
| | ) | Judge Thomas M. Durkin |
| CITY OF CHICAGO, *et al.*, | ) | Mag. Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF CYNTHIA H. HYNDMAN

Cynthia H. Hyndman declares, pursuant to 28 U.S.C. § 1746:

1. I am counsel for Plaintiffs Allison Schloss and Maureen Bresnahan in their respective cases against the City of Chicago (the "City"), Case Nos. 18-cv-1880 and 18-cv-1974.

2. On February 28, 2019, I attended a face-to-face meeting with counsel for the City, pursuant to Local Rule 37.2. The City was represented at the meeting by Howard Levine, Christopher Parker, and Alexius Cruz O'Malley. Plaintiffs were

represented by Marni Willenson, Laura Feldman, and me. The meeting was held at the offices of Robinson Curley P.C. It lasted approximately two hours.

      3.     During the Rule 37.2 conference, there was extensive discussion about the relevance and discoverability of the documents Plaintiffs have sought to prove their *Monell* claims. The City refused to produce documents responsive to the majority of the requests Plaintiffs made in their Consolidated First Requests for Production.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2019.

                                                                                            _____
                                                                                           Cynthia H. Hyndman